■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRY PABON, Appellant. [890 NYS2d 887]

Concur—Sweeny, J.P., Catterson, Renwick, Freedman and Abdus-Salaam, JJ.